# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

MARY KRASSICK, individually and on behalf of herself and all others similarly situated,

    Plaintiff,

v

ARCHAEOLOGICAL INSTITUTE OF AMERICA,

    Defendants.

Case No. 2:21-cv-00180-HYJ-RSK

Hon. Hala Y. Jarbou

Putative Class Action Complaint

## STIPULATION AND ORDER ADJOURNING SCHEDULING CONFERENCE

Plaintiffs Mary Krassick ("Plaintiff") and Defendant Archaeological Institute of America ("Defendant" or "AIA") hereby stipulate and request that the Rule 16 conference currently set for July 15, 2022 (ECF No. 26) be adjourned to a date in August that is convenient for the Court and, in support, state as follows:

1. Following this Court's June 9, 2022 ruling on AIA's motion to dismiss (ECF No. 34), the Court set a Rule 16 scheduling conference for July 15, 2022.

2. Both before and after that ruling, the parties have been engaged in good-faith settlement discussions. Most recently, the parties participated in a lengthy mediation session before the Honorable Wayne R. Anderson (ret.) on June 29, 2022.

3. Although this case was not resolved at that mediation, the parties have continued to work toward a resolution, and respectfully request that the Court adjourn the Rule 16 conference until a date set in August so that they may continue to engage in settlement negotiations.

4. This brief adjournment of the Rule 16 conference is not sought for the purpose of delay and will not prejudice any party. Rather, it is intended to conserve the parties' and the Court's resources while these settlement discussions are ongoing.

Having reviewed the matter and finding good cause:

**IT IS HEREBY ORDERED** that the scheduling conference currently set for July 15, 2022, and the deadline for filing the scheduling conference report currently set for July 12, 2022, are **adjourned** to a date to be set in August.

**IT IS SO ORDERED.**

Dated: _____
Hon. Ray Kent
United States Magistrate Judge


**Stipulated and agreed to:**

Dated: July 12, 2022

| | |
|---|---|
| /s/ *Philip L. Fraietta (with permission)* | /s/ *Theodore W. Seitz* |
| Philip L. Fraietta | Theodore W. Seitz (P60320) |
| Bursor & Fisher P.A. | DYKEMA GOSSETT PLLC |
| 888 Seventh Ave. | 201 Townsend Street, Suite 900 |
| New York, NY 10019 | Lansing, Michigan 48933 |
| pfraietta@bursor.com | Telephone: (517) 374-9100 |
| | TSeitz@dykema.com |
| *Attorneys for Plaintiff* | *Attorney for Archaeological Institute of America* |