UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case No: 2:21-cv-00180-HYJ-RSK |||| 
|---|---|---|---|
| Caption: Krassick v. Archaeological Institute of America ||||
| Date: July 15, 2022 | Time: 09:58-10:08 am | Place: Grand Rapids | Magistrate Judge: Hon. Ray Kent |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PLAINTIFF: | Philip L. Fraietta | Mary Krassick |
| DEFENDANT: | Theodore W. Seitz | Archaeological Institute of America |

## PROCEEDINGS

NATURE OF HEARING:

RULE 16 Scheduling Conference held by telephone.

Case management order to issue.

Proceedings Not Digitally Recorded

Deputy Clerk: F. Webb