UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MARY KRASSICK, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

ARCHAEOLOGICAL INSTITUTE OF AMERICA,

                Defendant.

Case No. 2:21-cv-00180-HYJ-RSK

**STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Mary Krassick ("Plaintiff") and Defendant Archaeological Institute of America ("AIA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiff's claims with prejudice.  Accordingly, Plaintiff hereby voluntarily dismisses her claims with prejudice.

[REMAINDER OF PAGES INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: August 29, 2022

By: */s/ Philip L. Fraietta*
    Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
        pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
David W. Wall
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone:  (305) 357-2107
Facsimile:  (305) 200-8801
Email:  fhedin@hedinhall.com
        dhall@hedinhall.com

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

*Attorneys for Plaintiff*

By:/s/ *Theodore W. Seitz (with permission)*
Theodore W. Seitz (P60320)
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9151
tseitz@dykema.com

*Attorneys for AIA*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *Philip L. Fraietta*
Philip L. Fraietta (P85228))

*Attorney for Plaintiff*